Certified Mail No. 7019 2280 0001 4519 9015

April 14, 2026

DeOndra D. Gray
19634 Spencer Street
Detroit, MI 48234


Chief Magistrate Judge David R. Grand
Federal Building
200 E. Liberty Street, Suite 400
Ann Arbor, MI 48107

RE: Copy of Warrant and Inventory, etc., 2:25-mc-5449-4,
2024 Ford Transit 350 Van, VIN 1FDAX2C87RKA50940


Dear Magistrate Judge Grand,

Pursuant to Rule 41(f)(D), Fed. R. Crim.P., which, in part, provides:

> "The judge must, on request, give a copy of the inventory to the person
> from whom, or from whose premises, the property was taken and to the
> applicant for the warrant."

I respectfully request a copy of the Warrant, Inventory, and other "return" documents to
which I may be entitled under Rule 41.

The Warrant, Inventory, and other "return" documents relate to the April 22, 2025,
seizure of the above-referenced 2024 Ford Transit 350 Van seized from 16934 Spencer
Street, Detroit, MI 48234.


Sincerely,

cc: file/self