Certified Mail No: 7019 2280 0001 4519 9046

July 22, 2026

DeOndra D. Gray
19634 Spencer Street
Detroit, MI 48234

Chief Magistrate Judge David R. Grand
Federal Building
200 E. Liberty Street, suite 400
Ann Arbor, MI 48107

**F I L E D**

JUL 28 2026

CLERK'S OFFICE
DETROIT

RE: **2:25-mc-50449-4**
Copy of Warrant and Inventory, etc.,
2024 Ford Transit Van, VIN 1FDAX2C87RKA50940

Dear Magistrate Judge Grand,

On or about 4/14/26, I mailed a letter to your chambers requesting a copy of the warrant and inventory, etc., in the above case matter. An Order was entered on 5/8/26 requiring a response from the U.S. Attorney's Office. (R. 22). A response was filed by the U.S. Attorney's Office on 5/22/26, not opposing providing the warrant and inventory. (R.24).

To date, I have not received a copy of the warrant, inventory, or any subsequent communication regarding my request. Would you please issue an order, or other communication, requiring the warrant, inventory, etc., to be provided to me at once.

Sincerely,

DeOndra Gray

cc: file/self

De'Ondra D. Gray
19634 Spencer Street
Detroit, MI 48234

7019 2280 0001 4519 9046

METROPLEX
Retail

RDC 99                    48226

UNITED STATES
POSTAL SERVICE®

U.S. POSTAGE PAID
FCM LETTER
SAINT CLAIR SHORES
MI 48080
JUL 23, 2026
$11.02
S2322S500622-04

Office of the Clerk
U.S. District Court
Eastern District of Michigan
Mag. Judge David R. Grand
231 W. Lafayette Blvd., Room 564
Detroit, MI 48226



RECEIVED
JUL 28 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

48226-271839

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mag Judge David R. Grand
231 W. Lafayette Blvd.
RM # 564
Detroit, MI 48226

9590 9402 9376 5002 3212 84

2. Article Number (Transfer from service label)
7019 2280 0001 4519 9046

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery
  (over $500)
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

MARSHAL

Magistrate Judge David R. Grand